UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALADIER TORRES AMBRIZ A/K/A JUAN,<br><br>Defendant. | NO. CR14-5499 BHS<br><br>**ORDER GRANTING GOVERNMENT'S APPLICATION FOR A POST-INDICTMENT PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY** |

THIS MATTER comes before the Court upon motion of the Plaintiff, the United States, for a protective order pursuant to 21 U.S.C. § 853(e)(1)(A) to maintain custody of certain property named for forfeiture in the Indictment. Having reviewed the United States' motion, the Court finds:

The property to which this Order applies is listed as follows (hereinafter sometimes referred to as the "Subject Property"):

    a.   $29,550.00 in U.S. currency, more or less, seized from 10808 NE 96th Street in Vancouver, Washington, on September 19, 2013, currently being held by the Clark County Sherriff's Office.

The Subject Property represents property that has been named as subject to forfeiture pursuant to 21 U.S.C. § 853 in the Indictment for violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846. The property is currently in the custody of the Clark County Sheriff's Office.

POST-INDICTMENT PROTECTIVE ORDER
*U.S. v. Daladier Torres-Ambirz a/k/a Juan* (Case No. CR14-5499BHS) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

The Court has reviewed the United States' application for a protective order and the Indictment, which establishes probable cause that the Subject Property is subject to forfeiture in this criminal proceeding. Accordingly, the Court finds that the United States is entitled to a protective order pursuant to 21 U.S.C. § 853(e)(1)(A). It is therefore,

**ORDERED AND ADJUDGED:**

1. The United States' application for a protective order is GRANTED.

2. The Subject Property identified above shall be transferred to the custody of the United States Marshals Service, pending conclusion of the criminal forfeiture proceedings, and/or further order of this Court.

3. The Clerk is ordered to send copies of this Order to counsel for all parties of record.

DATED this 22nd day of December, 2014.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

 s/ Matthew H. Thomas
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
E-mail: Matthew.H.Thomas@usdoj.gov

POST-INDICTMENT PROTECTIVE ORDER
*U.S. v. Daladier Torres-Ambirz a/k/a Juan* (Case No. CR14-5499BHS) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800