UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DALADIER TORRES-AMBRIZ, Defendant. | CASE NO. CR14-5499BHS ORDER |

This matter comes before the Court on the parties Stipulated Motion Requesting Continuance of Trial Date.  The Court, having considered the stipulated motion and the Defendant's speedy trial waiver, makes the following findings of fact and conclusions of law:

1. Discovery in this matter is voluminous and the government anticipates producing additional documents and files over the next few weeks, including documents and audio recordings that will need to be translated into English.  Defense counsel needs additional time to adequately review the discovery in order to formulate a trial strategy and prepare pretrial motions.

2. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for

pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense, to explore resolution of this case before trial and to ensure continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

4. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

5. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B).

6. Defendant waived speedy trial through June 23, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from December 30, 2014, to May 5, 2015, at 9:00 a.m.; Pretrial Conference is set for April 27, 2015, at 1:30 p.m.; pretrial motions are due by April 8, 2015. The resulting period of delay from December 10, 2014, to May 5, 2015, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

Dated this 23rd day of December, 2015.

BENJAMIN H. SETTLE
United States District Judge