UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DALADIER TORRES-AMBRIZ,<br><br>　　　　　　　Defendant. | CASE NO. CR14-5499BHS<br><br>ORDER |

　　　This matter comes before the Court on the parties Stipulated Motion Requesting Continuance of Trial Date.  The Court, having considered the stipulated motion and the Defendant's speedy trial waiver, makes the following findings of fact and conclusions of law:

　　　1.　The government has produced voluminous discovery to the defense, including documents and audio recordings that have been and/or will need to be translated in to English. Defense counsel needs additional time to adequately review the discovery in order to formulate a trial strategy and prepare pretrial motions.  Additionally, defense counsel has a number of other matters set for trial between now and August, 2015.

　　　2.　The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for

pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense, to explore resolution of this case before trial and to ensure continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

4. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

5. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B).

6. Defendant waived speedy trial through November, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED

That the trial date is continued from May 5, 2015, to August 25, 2015 at 9:00 a.m.; Pretrial Conference is set for August 17, 2015, at 3:30 p.m.; pretrial motions are due by July 9, 2015. The resulting period of delay from April 3, 2015, to August 25, 2015, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B)

Dated this 13th day of April, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2